Dear Honorable Russell,

I want to take the time to sit down and write a letter to you asking for a second chance. I know by me selling a firearm was wrong, but me and my girlfriend was struggling at the time we have two kids my son which is still a baby needed pampers, our electric was bout to get caught off and we wasn't working at the time so I decided to sell a firearm I apologize your Honor, I wasn't thinking about the consequences until afterward, I'm a smart intelligent young man and everybody makes mistakes and we live and learn by them. Your Honor, I just don't want this mistake affect my family, because they need and Depend on me, especially my girlfriend/Babymomma and my kids. Your Honor right now my spouse is out there struggling, because she's use to me working while she stay home and watch the kids now by me being in here or locked-up which she or my kids not use to is a constant financial and mental struggle. Now she have to stay with other relatives because no one wants to babysit and its hard for her to go search for a job because I'm not out there. Your Honor it affects my kids mentally because they constantly asking "where is my Daddy, when he coming home", and I'm all who they know. I also plan on going back to school to learn an Electrician trade get back in G.E.D classes, work a full-time job on the side while on probation, follow all probation Criteria's, and I want to be in my kids life so I can teach them right from wrong, I just don't want this mistake to affect my kids life because I'm not out there, Your Honor, I apologize for what I did and I'm asking for a second chance, because I know I'm better then what I did and I'm a hard worker.

Sincerely,
—Tevin Anderson—